UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04990-DSR Date: November 9, 2026

Title *Alicia Hernandez Maciel v. Todd Blanche, et al.*

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REQUIRING JOINT STATUS REPORT**

In this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, Petitioner challenges the lawfulness of her post-removal-order detention and requests a Writ of Habeas Corpus ordering her immediate release from immigration detention. See Doc. No. 1. On September 8, 2026, Respondents filed an "Answer to Petition for Writ of Habeas Corpus and Notice of Intended Removal." See Doc. No. 9. Therein, Respondents state that "ICE has served a notice of removal on Petitioner identifying her as scheduled for transfer on September 11, 2026." Id. at ECF 2:8-9. Respondents have not subsequently filed a status report confirming Petitioner's removal, but ICE's online detainee locator system does not presently return a result for Petitioner, raising a question of whether Petitioner is still in Respondents' custody.

The Parties are therefore ordered to file within seven days of the date of this Order a Joint Status Report updating the Court on whether Petitioner is presently being held in Respondents' custody, and if not, what if anything remains to be decided on this Petition.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK