**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALICIA HERNANDEZ MACIEL,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

No. 5:26-cv-04990-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Dismissing Petition for Writ of Habeas Corpus as Moot,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed as moot, and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: November 17, 2026

Dan Roberts

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE